OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 Claimant, an inmate at a State correctional facility, commenced this action to recover damages for allegedly wrongful confinement in a special housing unit following his refusal to accept a work assignment. The only issue we need consider on this appeal is claimant’s argument that he is entitled to recover damages on a common-law tort theory of false imprisonment or wrongful excessive confinement because he was confined in a special housing unit in violation of the State’s
 
 *872
 
 own regulations
 
 (cf., Arteaga v State of New York,
 
 72 NY2d 212). However, because this argument was raised for the first time at the Appellate Division, it is unpreserved for our review.
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, without costs, in a memorandum.